

**Oregon**
Kate Brown, Governor

**Department of Administrative Services**
Enterprise Goods & Services
Risk Management
PO Box 12009
Salem, Oregon 97301-5040
Phone: (503) 373-7475
Fax: (503) 373-7337

August 12, 2019

BRYAN DAWSON
DAWSON LAW GROUP PC
5695 HOOD ST
WEST LINN OR 97068

Your Client:     Estate of Michael Barton
Claim Number:    L167185
Date of Loss:    February 6, 2018
Re:              Acknowledgment

This letter acknowledges receipt of your notice of claim. Your claim was referred to me for handling.

We are currently conducting a review through the Oregon Department of Corrections. We will contact you via regular mail when it is complete.

Please note: acknowledgement of this claim does not waive any defenses or immunities under ORS 30.275.

Please direct your correspondence to the address above. Be sure to include our claim number.

Thank you,

*Dalene Reed*
Dalene Reed, CPCU
Claims Management Consultant
(503) 378-5444

PLAINTIFF'S EXHIBIT C

AUG 1 5 2019