**Scott G. O'Donnell, OSB #933849**
sodonnell@keatingjones.com
**Carolyn A. Pearson, OSB #151358**
cpearson@keatingjones.com
Keating Jones Hughes PC
200 SW Market St., Suite 900
Portland, OR 97201-5730
Phone: (503) 222-9955
Fax: (503) 796-0699
Of Attorneys for Karyn Guido PA and LocumTenens.Com LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| STEPHEN BROWN, as Personal Representative of the Estate of MICHAEL BARTON, deceased,<br><br>                    Plaintiff,<br><br>          v.<br><br>STATE OF OREGON aka OREGON DEPARTMENT OF CORRECTIONS; CHRISTOPHER DiGUILIO, M.D.; DAVE BROWN, R.N.; COLETTE PETERS; BRANDON KELLY; CARRIE COFFEY, R.N.; APRIL STEDRONSKY-SOWARD, R.N. MARIAH MCCULLOUGH, R.N.; MARY COREY, R.N.; PAMELA YOUNG R.N.; REBECCA GARZA, L.P.N.; MARGEUX BOWDEN; RALPH THOMASON; MIKE ANDERSON; ARTHUR CRAM; SARA COVERT, RN; STEPHANIE COCHRAN, RN; KARYN GUIDO, N.P.; SAMANTHA BAILEY, RN; JULIE PFENNING, RN; TRACY MCFARLANE, RN; AMY HARDING, RN; DELEENA TRETTER, RN; CLAUDIA FISHER-RODRIGUEZ, RN; JOE BUGHER; DAWNELL MEYER; REED PAULSON, M.D.; JOSEPH BRADY; LOCUM TENENS.COM LLC and DOES 1-20,<br><br>                    Defendants. | Case No. 3:20-cv-00270-SB<br><br>**LIMITED JUDGMENT OF DISMISSAL OF LOCUM TENENS.COM LLC**<br><br>By Karyn Guido PA and LocumTenens.Com LLC |

**LIMITED JUDGMENT OF DISMISSAL OF LOCUM TENENS.COM LLC** - Page 1

Doc No. 1611074

KEATING JONES HUGHES P.C.
200 SW Market St., Suite 900
Portland, Oregon 97201-5730
(503) 222-9955

Based upon the Stipulated Motion for Order of Dismissal of Locum Tenens.com LLC, the Court, having been fulling advised and now finding no just reason to delay entry of judgment dismissing all claims against Locum Tenens.com LLC pursuant to Fed. R. Civ. P. 54(b), now therefore:

IT IS HEREBY ORDERED AND ADJUDGED that all claims against Locum Tenens.com LLC be dismissed with prejudice and without costs or attorney fees, and that this judgment should be and hereby is declared final pursuant to Fed. R. Civ. P. 54(b).

Dated: _____          _____
                                         HONORABLE STACIE F. BECKERMAN
                                         U.S. District Court Judge

SUBMITTED BY:
Carolyn Pearson, OSB #151358
Attorney for Defendants Karyn Guido PA
and LocumTenens.Com LLC

**LIMITED JUDGMENT OF DISMISSAL OF LOCUM TENENS.COM LLC** - Page 2

Doc No. 1611074

**KEATING JONES HUGHES P.C.**
200 SW Market St., Suite 900
Portland, Oregon 97201-5730
(503) 222-9955

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **LIMITED JUDGMENT OF DISMISSAL OF LOCUM TENENS.COM LLC** on the following:

Bryan W. Dawson
Dawson Law Group, P.C.
5695 Hood Street
West Linn, OR 97068
Phone: (503) 656-0400
Fax: (503) 656-2109
Email: bryan@dawlaw.net
Of Attorneys for Plaintiff

Andrew D. Hallman
Oregon Department of Justice
CCR Section
1162 Court Street NE
Salem, OR 97301
Phone: (503) 947-4700
Fax: (503) 947-4794
Email: Andrew.hallman@doj.state.or.us
Of Attorneys for State of Oregon Department of Corrections and Employee-Defendants

by electronically mailed notice from the court to above said attorneys on said day.

DATED this 9th day of September, 2020.

KEATING JONES HUGHES, P.C.


*s/ Carolyn A. Pearson*
Carolyn A. Pearson, OSB No. 151358
cpearson@keatingjones.com, FAX 503-796-0699
Of Attorneys for Karyn Guido PA and LocumTenens.Com LLC

Trial Attorney:  Scott G. O'Donnell, OSB No. 933849

**CERTIFICATE OF SERVICE -** Page 3

Doc No. 1611074

**KEATING JONES HUGHES P.C.**
200 SW Market St., Suite 900
Portland, Oregon 97201-5730
(503) 222-9955